UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**Master File No.** **CIVIL 99-891 (JRT/JGL)**

In re: U.S. Bancorp Litigation

------------------

Mary Scalise,

Plaintiff,

v. **CIVIL 00-1197 (RHK/JMM)**

U.S. Bancorp, et al.,

Defendants.

---

**ORDER OF DIRECTION TO THE CLERK OF COURT FOR REASSIGNMENT OF RELATED CASE**

---

Case No. 99-891 having been assigned to Judge John R. Tunheim and Case No. 00-1197 having later been assigned to Judge Richard H. Kyle, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 00-1197 be assigned to Judge John R. Tunheim and Magistrate Judge Jonathan G. Lebedoff, nunc pro tunc, by use of a card on the Master List of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Order for Assignment of Cases dated May 28, 1998.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

DATED: May 22, 2000.

John R. Tunheim
Judge John R. Tunheim
United States District Court

DATED: May 21, 2000.

Judge Richard H. Kyle
United States District Court

FILED MAY 25 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____

Case reassigned to Judge John R. Tunheim
and
Magistrate Judge Jonathan G. Lebedoff

NEW CASE NUMBER 00-1197 JRT/JGL

Use this case number for all further filings.